674 A.2d 167

IN THE MATTER OF BARRY F. ZOTKOW, AN ATTORNEY AT LAW.

April 11, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **BARRY F. ZOTKOW** of **FORT LEE,** who was admitted to the bar of this State in 1971, and who has been suspended from the practice of law since August 7, 1995, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of one year, and until further Order of the Court.